UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL PRESS CLUB JOURNALISM INSTITUTE, et al.<br><br>Plaintiffs,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOM ENFORCEMENT, et al.<br><br>Defendants. | Case No. 18-cv-2932 (RC) |

### JOINT STATUS REPORT

Pursuant to this Court's Minute Order dated April 21, 2022, Plaintiffs National Press Club Journalism Institute ("NPCJI") and Kathy Kiely ("Kiely") (collectively, "Plaintiffs"), and Defendants U.S. Immigration and Customs Enforcement ("ICE") and United States Department of Homeland Security ("DHS") (collectively, "Defendants"), submit this joint status report.

1. In prior status reports, the parties reported Defendants' position that they had completed their processing of records related to the requests at issue and had completed productions of responsive, non-exempt records; that Plaintiffs identified certain issues for which they have requested additional information from ICE in an effort to narrow issues in dispute; and that ICE has provided certain information to Plaintiffs in an attempt to narrow issues in dispute.

2. In the status report dated June 26, 2020, the parties reported that, without conceding any deficiency in its prior search, ICE had agreed to conduct a supplemental search for text messages and emails responsive to the first prong of Plaintiffs' request as set forth more

fully in the parties' email exchanges on that issue.

3. As reflected in the parties' email exchanges regarding the supplemental search, Plaintiffs requested a supplemental search with respect to 14 custodians that Plaintiffs identified, and also with respect to ICE Health Service Corps' Assistant Health Service Administrator at the El Paso Processing Center and ICE's Congressional Liaisons.  In a prior status report, ICE reported that it had completed its supplemental search with respect to the 14 custodians specifically identified by Plaintiffs and with respect to the ICE Health Service Corps' Assistant Health Service Administrator category.  As to the final category, ICE's Congressional Liaisons, ICE identified 14 custodians in that category and reported preliminarily in a prior report that those searches were done but that it still required additional time to confirm the completeness of the searches.  ICE also reported in a prior status report that it had not identified any potentially responsive text messages but had identified potentially responsive emails.

4. Based on the supplemental search parameters, ICE reported in a prior status report that there were approximately 10,275 pages of potentially responsive records which ICE would process at the rate of 500 pages per month.  ICE also reported that the ICE Congressional Liaison category of the supplemental search was complete and that there were an additional 32 pages of records located which are encompassed within the above-referenced page count.

5. As previously reported, ICE made its first production of responsive emails, or portions thereof, that it contends to be non-exempt on November 18, 2020, and subsequent productions on December 15, 2020, January 15, 2021, February 12, 2021, March 15, 2021, April 26, 2021, May 21, 2021, June 14, 2021, July 24, 2021, August 26, 2021, September 22, 2021, October 22, 2021, November 16, 2021, December 30, 2021, January 31, 2022, March 4, 2022, and April 1, 2022.

6. Since the last status report, ICE made a production on April 28, 2022 and May 31, 2022. The May 31, 2022 release was ICE's final production, subject to any outstanding consultations (ICE presently is confirming whether any outstanding consultations remain). Plaintiffs require time to review ICE's productions and will confer with Defendants' counsel prior to the next status report about next steps in this matter if disputes remain between the parties.

7. Accordingly, the parties propose that they provide a further status report by July 22, 2022, and that the Court defer setting a briefing schedule at this time.

Respectfully submitted,

MATTHEW M. GRAVES, D.C. BAR #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: _____/s/_____
JEREMY S. SIMON, D.C. BAR #447956
Assistant United States Attorney
United States Attorney's Office
601 D. Street, N.W.
Washington, D.C. 20530
(202) 252-2528
Jeremy.Simon@usdoj.gov

And

_____/s/_____
Katie Townsend
DC Bar No. 1026115
Adam A. Marshall
DC Bar No. 1029423
THE REPORTERS COMMITTEE FOR
FREEDOM OF THE PRESS
1156 15th St. NW, Suite 1020
Washington, D.C. 20005
Phone: 202.795.9300
Facsimile: 202.795.9310

Email: ktownsend@rcfp.org
Email: amarshall@rcfp.org

Charles D. Tobin
D.C. Bar No. 455593
BALLARD SPAHR LLP
1909 K Street, NW 12th Floor
Washington, DC 20006-1157
Phone: 202.661.2200
*Counsel for Plaintiffs*