UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL PRESS CLUB JOURNALISM INSTITUTE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOM ENFORCEMENT, et al.<br><br>Defendants. | Case No. 18-cv-2932 (RC) |

## JOINT STATUS REPORT

Pursuant to this Court's Minute Order dated June 22, 2022, Plaintiffs National Press Club Journalism Institute ("NPCJI") and Kathy Kiely ("Kiely") (collectively, "Plaintiffs"), and Defendants U.S. Immigration and Customs Enforcement ("ICE") and United States Department of Homeland Security ("DHS") (collectively, "Defendants"), submit this joint status report.

1.  In the last status report, ICE reported that its May 31, 2022 release was ICE's final production, subject to ICE confirming whether any outstanding consultations remained to be processed. ICE has determined that two consultations remained outstanding, and subsequently made a production in connection with those consultations on July 21, 2022. In a prior status report, moreover, USCIS had reported that it had completed its processing of the aspect of the ICE request that had been referred to USCIS.

2.  Since the last status report, counsel for the parties have met and conferred and propose the following schedule for dispositive briefing in this matter, which takes into account

time for Defendants to prepare *Vaughn* indices and any supporting declarations as well as any efforts that may occur by the parties to attempt to narrow issues before briefing:

- Defendants' Motion for Summary Judgment shall be due on or before October 25, 2022
- Plaintiffs' Opposition and Cross-Motion for Summary Judgment shall be due on or before December 9, 2022
- Defendants' Reply and Opposition shall be due on or before January 10, 2023
- Plaintiffs' Reply shall be due on or before January 31, 2023

Respectfully submitted,

MATTHEW M. GRAVES, D.C. BAR #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: _____/s/_____
JEREMY S. SIMON, D.C. BAR #447956
Assistant United States Attorney
United States Attorney's Office
601 D. Street, N.W.
Washington, D.C. 20530
(202) 252-2528
Jeremy.Simon@usdoj.gov

And

_____/s/_____
Katie Townsend
DC Bar No. 1026115
Adam A. Marshall
DC Bar No. 1029423
THE REPORTERS COMMITTEE FOR
FREEDOM OF THE PRESS

1156 15th St. NW, Suite 1020
Washington, D.C. 20005
Phone: 202.795.9300
Facsimile: 202.795.9310
Email: ktownsend@rcfp.org
Email: amarshall@rcfp.org

Charles D. Tobin
D.C. Bar No. 455593
BALLARD SPAHR LLP
1909 K Street, NW 12th Floor
Washington, DC 20006-1157
Phone: 202.661.2200
*Counsel for Plaintiffs*