AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| NATIONAL PRESS CLUB JOURNALISM INST., et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:18-cv-02932 |
| U.S. Immigration and Customs Enforcement, et al., ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs National Press Club Journalism Institute and Kathy Kiely                                .

Date:    12/06/2022                              /s Shawn Musgrave
                                                    *Attorney's signature*

                                    Shawn Musgrave; D.C. Bar No. 90002165
                                         *Printed name and bar number*

                                          1156 15th St., N.W., Ste. 1020
                                              Washington, D.C. 20005
                                                    *Address*

                                              smusgrave@rcfp.org
                                                  *E-mail address*

                                                (202) 800-3556
                                                *Telephone number*

                                                (202) 795-9310
                                                  *FAX number*