| | |
|---|---|
| **From:** | Adam Marshall |
| **To:** | Hughes, Alan D |
| **Cc:** | Simon, Jeremy (USADC); Katie Townsend; Charles Tobin; Shawn Musgrave |
| **Subject:** | Re: NPCJI v. DHS, No. 18-cv-02932 (DDC) |
| **Date:** | Wednesday, October 5, 2022 1:04:27 PM |

> **CAUTION:** This email originated from outside of the Federal Government. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact the USCIS Security Operations Center with questions or click the "Report Phishing" button to report it as a phishing attempt.

Good afternoon, Alan.

Plaintiffs do not agree to further limit any challenges to the government's redactions or withholdings at this time.

Thanks,
Adam

Adam A. Marshall (he/him/his) // Senior Staff Attorney
Reporters Committee for Freedom of the Press
amarshall@rcfp.org // (202) 795-9308 (w) // @a_marshall_plan
*Encrypted communications available*

On Fri, Sep 30, 2022 at 12:17 PM Hughes, Alan D <Alan.D.Hughes@uscis.dhs.gov> wrote:

> Good morning Mr. Marshall,
>
> I'm USCIS agency counsel that is assisting AUSA Jeremy Simon in the NPCJI FOIA litigation. I'm following up on your email to AUSA Simon, below. And thank you for agreeing to not challenge redactions to the four categories of information that you list in your email.
>
> I write to inquire whether you would also agree to not challenge redactions to third party individuals' names? For those individuals for whom you did not provide a privacy waiver. In addition, personal email addresses for third party individuals for whom you did not provide a privacy waiver have been withheld and we'd ask that you agree to not challenge those redactions as well?
>
> We trust that with these agreements the parties can narrow the dispute and expedite resolution of this matter.
>
> Thank you for your consideration.

- Alan

Alan D. Hughes

Associate Counsel

National Records Center

USCIS

(816) 350-5562 (office)

(816) 206-8649 (cell)

.

---

**From:** Adam Marshall <amarshall@rcfp.org>
**Sent:** Wednesday, September 21, 2022 9:46 AM
**To:** Simon, Jeremy (USADC) <JSimon@usa.doj.gov>
**Cc:** Katie Townsend <ktownsend@rcfp.org>; Charles Tobin <tobinc@ballardspahr.com>; Shawn Musgrave <smusgrave@rcfp.org>
**Subject:** [EXTERNAL] Re: NPCJI v. DHS, No. 18-cv-02932 (DDC)

Good morning, Jeremy. Apologies for the delay in getting back to you on this.

Plaintiffs will not challenge redactions of the following four categories of information in USCIS's productions, but only insofar as they pertain to persons for which Plaintiffs have not provided a privacy waiver: (1) social security numbers, (2) dates of birth, (3) home addresses, (4) personal phone numbers.

Additionally, I don't see the bates-stamps on the production--not sure if something was lost in transit.

If you have any additional questions, or would like to discuss further, please let us know.

Thanks,

Adam

Adam A. Marshall (he/him/his) // Senior Staff Attorney

Reporters Committee for Freedom of the Press

amarshall@rcfp.org // (202) 795-9308 (w) // @a_marshall_plan

*Encrypted communications available*