UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL PRESS CLUB JOURNALISM INSTITUTE, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOM ENFORCEMENT, et al.,<br><br>    Defendants. | Civil Action No. 18-2932 (RC) |

## **DEFENDANTS' STATEMENT OF MATERIAL FACTS NOT IN GENUINE DISPUTE**

Defendants U.S. Immigration and Customs Enforcement ("ICE") and U.S. Citizenship and Immigration Services ("USCIS") submit this state of material facts not in genuine dispute.

1. The National Press Club Journalism Institute and Kathy Kiely ("Plaintiffs") submitted the following request to U.S. Immigration and Customs Enforcement ("ICE"):

> 1. All records, including but not limited to emails, memos, text messages, and other communications, since January 1, 2017, that mention Emilio Gutierrez-Soto (aka Emilio Gutierrez Soto) or his son, Oscar Gutierrez-Soto (aka Oscar Gutierrez Soto):
>
> 2. All records of ICE facilities and/or personnel in El Paso, Texas, including but not limited to communications (e.g., emails, memos, text messages) and any mechanisms used to limit or block phone calls from detainees at ICE's El Paso facilities, since March 1, 2018, that mention or contain any of the following:
>
>     a.     [redacted]
>     b.     [redacted]
>     c.     Eduardo Beckett;
>     d.     Beckett Law Firm.

*See* FOIA Request, ECF No. 1-1 at 2-3.

2. ICE received the request on June 7, 2018. *See* ICE Acknowledgment Letter, ECF No. 1-2 at 2-4.

3. On June 14, 2018, ICE referred the request to USCIS for processing and direct response to the requester after determining that some of the information requested fell within the purview of USCIS.

4. USCIS received the request on June 21, 2018. *See* USCIS Acknowledgment Letter, ECF No. 1-3 at 2-3.

5. Plaintiffs submitted an administrative appeal to ICE and USCIS on July 17, 2018. *See* Administrative Appeal, ECF No. 1-4 at 2-6.

6. USCIS responded to the administrative appeal on July 24, 2018, informing Plaintiffs that the request is not subject to administrative appeal since no specific material had been denied yet in response to the request. *See* Letter from USCIS (July 24, 2018), ECF No. 1-6 at 2.

7. ICE responded to the administrative appeal on August 22, 2018, remanding the request back to the ICE FOIA office. *See* Letter from ICE (Aug. 22, 2018), ECF No. 1-5 at 2.

8. Plaintiffs filed a lawsuit under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, on December 13, 2018. *See* Complaint, ECF No. 1.

9. Since Plaintiffs filed suit, ICE processed around 11,803 pages in response to the FOIA request. Of that amount, ICE estimates that approximately 174 pages of ICE records were withheld in full and approximately 3,000 pages of ICE records were withheld in part. In addition, ICE processed and released in part two similarly redacted voluminous excel spreadsheets that track congressional inquiries made to the ICE Office of Congressional Relations. One of the excel spreadsheets contains approximately 9,700 rows and five columns of information and the other

contains approximately 10,500 rows and 14 columns of information. ICE also processed approximately 217 pages of records that involved consultations with other agencies.

10. For Request COW2018000087, USCIS produced a total of 3,076 pages in full and 121 pages in part. 16 pages were held in full. 742 pages were referred to ICE. USCIS identified an additional 32 pages which were also referred to ICE. For Request NRC2018096051, USCIS released 173 pages in full and 32 pages in part. 53 pages were withheld in full. 51 pages were referred to ICE.

11. ICE and USCIS withheld information under Exemptions 5, 6, 7(C), and 7(E).

12. ICE and USCIS released all reasonably segregable nonexempt information.

Date: May 3, 2023

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: */s/ Sam Escher*
SAM ESCHER, D.C. Bar #1655538
Assistant United States Attorney
601 D Street N.W.
Washington, D.C. 20530
(202) 252-2531
Sam.Escher@usdoj.gov

*Counsel for United States of America*