IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NATIONAL PRESS CLUB JOURNALISM INSTITUTE, et al.** | |
| Plaintiffs, | |
| v. | |
| **UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.** | Civil Action No. 18-cv-2932 (RC) |
| Defendants. | |

<u>DECLARATION OF SHAWN MUSGRAVE</u>

I, Shawn Musgrave, declare as follows:

1.      I am the Jack Nelson/Dow Jones Foundation Legal Fellow at the Reporters Committee for Freedom of the Press (the "Reporters Committee" or "RCFP"), an unincorporated nonprofit association located in Washington, D.C., a position I have held since August 2022.  I am one of the attorneys representing Plaintiffs in the above-captioned matter.   I am a member in good standing of the bar for the District of Columbia and am admitted to practice before this Court.  I make this declaration in support of Plaintiffs' Reply in Support of Plaintiffs' Cross-Motion for Partial Summary Judgment.  I have personal knowledge of the matters stated in this declaration.

2.      Attached hereto as Exhibit 1 is a true and correct copy of a record released to Plaintiffs on or about February 28, 2023, in the above-captioned matter, identified as Bates page 2018-ICFO-42786- 090A.

2

3.      Attached hereto as Exhibit 2 is a true and correct copy of a record released to

Plaintiffs on or about January 9, 2023, in the above-captioned matter, identified as Bates page

2018-ICFO-42786- 686.  The record contains a later-added redaction for personal information

and/or pursuant to Federal Rule of Civil Procedure 5.2.

4.      Attached hereto as Exhibit 3 is a true and correct copy of a record released to

Plaintiffs on or about January 9, 2023, in the above-captioned matter, identified as Bates pages

2018-ICFO-42786- 177 through 2018-ICFO-42786- 182.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 18, 2023.

*/s/ Shawn Musgrave*
Shawn Musgrave

# EXHIBIT 1

From:    (b)(6);(b)(7)(C)
To:
Cc:    (b)(6);(b)(7)(C)

Subject:   RE: Gutierrez Soto--BIA Interim Order
Date:     Wednesday, December 27, 2017 12:52:41 PM

---

Thank you sir.

(b)(5)

I'm awaiting delivery of his A-file, at the moment.

(b)(6);(b)(7)(C)

---

**From:** (b)(6);(b)(7)(C) @ice.dhs.gov>
**Date:** Wednesday, Dec 27, 2017, 12:26
**To:** (b)(6);(b)(7)(C) @ice.dhs.gov>
**Cc:** )ice.dhs.gov>, (b)(6); (b)(7)(C)
<(b)(6); (b)(7)(C) @ice.dhs.gov>, (b)(6); (b)(7)(C) @ice.dhs.gov>, (b)(6); (b)(7)(C)
<(b)(6); (b)(7)(C) @ice.dhs.gov>, (b)(6); (b)(7)(C) @ice.dhs.gov>, (b)(6); (b)(7)(C)
<(b)(6); (b)(7)(C) @ice.dhs.gov>
**Subject:** Gutierrez Soto--BIA Interim Order

Sir,

The BIA issued an interim order reinstating the appeal process for the Mexican Journalist, Gutierrez Soto, out of a sense of "fairness." I attached the decision for your review, (b)(5)

(b)(5)

(b)(5)

This case remains at the BIA. (b)(5)

(b)(5)

Let me know if you have questions or want to discuss the matter further.

Thanks,

(b)(6);
(b)(7)(C)

2018-ICFO-42786- 90A

# EXHIBIT 2

| From: | (b)(6);(b)(7)(C) |
|---|---|
| To: | |
| Cc: | (b)(6);(b)(7)(C) |
| Subject: | FW: Gutierrez Case |
| Date: | Thursday, April 19, 2018 3:54:02 PM |
| Attachments: | ▨▨▨ - Stay - Emilio GUTIERREZ-Soto.pdf |
| | I-205 and BIA Decision.pdf |

Mr. (b)(6);

See attached.  Let me know if you need anything else.

Thanks,

(b)(6);(b)(7)(C)

---

**From:** (b)(6);(b)(7)(C)                    @ice.dhs.gov>
**Date:** Wednesday, Apr 18, 2018, 12:23 PM
**To:** (b)(6);(b)(7)(C)                    @ice.dhs.gov>
**Cc:** (b)(6);(b)(7)(C)          @ice.dhs.gov>, (b)(6); (b)(7)(C)          @ice.dhs.gov>, (b)(6);
(b)(6);(b)(7)(C)          @ice.dhs.gov>, (b)(6); (b)(7)(C)          @ice.dhs.gov>

**Subject:** RE: Gutierrez Case

Thank you, OIC (b)(6);(b)(7)(C)

Yes, those document would be helpful. (b)(5)

(b)(5)

Much appreciated,

(b)(6);
(b)(7)(C)

*** Warning *** Attorney/Client Privilege *** Attorney Work Product ***
This document may contain confidential and/or sensitive attorney/client privileged
information or attorney work product and is not for release, review, retransmission,
dissemination or use by anyone other than the intended recipient.  Please notify the

# EXHIBIT 3

| | |
|---|---|
| **From:** | (b)(6);(b)(7)(C) |
| **To:** | (b)(6);(b)(7)(C)    Rusnok, Carl |
| **Cc:** | (b)(6);(b)(7)(C) |
| **Subject:** | RE: Texas Trib asking for ICE comment - Emilio Gutierrez |
| **Date:** | Friday, December 22, 2017 3:58:21 PM |

Thanks Gentlemen –

(b)(5)

(b)(5)

Regards,

(b)(6);(b)(7)(C)

Acting Field Office Director

ICE - Enforcement and Removal Operations

El Paso Field Office

(b)(6);(b)(7)(C)    @ice.dhs.gov

cell: 973-332-(b)(6);(b)(7)(

**From:** (b)(6);(b)(7)(C)
**Sent:** Friday, December 22, 2017 3:48 PM
**To:** Rusnok, Carl; (b)(6); (b)(7)(C)
**Cc:** (b)(6);(b)(7)(C)
**Subject:** RE: Texas Trib asking for ICE comment - Emilio Gutierrez

Hi Carl.

(b)(6) is correct in that the reporter did raise his voice. But my question is, (b)(5)

(b)(5)

(b)(5);(b)(6);(b)(7)(C)

Thanks,

(b)(6);
(b)(7)(C)

*** Warning *** Attorney/Client Privilege *** Attorney Work Product ***
This document may contain confidential and/or sensitive attorney/client privileged
information or attorney work product and is not for release, review, retransmission,
dissemination or use by anyone other than the intended recipient. Please notify the
sender if this email has been misdirected and immediately destroy all originals and
copies. Any disclosure of this document must be approved by the Office of the
Principal Legal Advisor, U.S. Immigration & Customs Enforcement. This document
is for internal government use only. FOIA exempt under 5 U.S.C. § 552(b)(5).

***SENSITIVE/PRIVILEGED***PRE-DECISIONAL***ATTORNEY WORK
PRODUCT***

---

**From:** Rusnok, Carl
**Sent:** Friday, December 22, 2017 3:41 PM
**To:** (b)(6);(b)(7)(C)
**Cc:** (b)(6);(b)(7)(C)
**Subject:** RE: Texas Trib asking for ICE comment - Emilio Gutierrez

Thanks!  How does this work for everyone?

(b)(5)

**Carl Rusnok**
Director of Communications, Central Region (Spokesman)

based in Dallas, TX
U.S. Immigration and Customs Enforcement (ICE) www.ice.gov
(b)(6);(b)(7)(C) @ice.dhs.gov
**214-905** (b)(6);(b)(7)(C)
214-850

**From:** (b)(6);(b)(7)(C)
**Sent:** Friday, December 22, 2017 4:37 PM
**To:** Rusnok, Carl
**Cc:** (b)(6);(b)(7)(C)
**Subject:** RE: Texas Trib asking for ICE comment - Emilio Gutierrez

It is indeed.   Thank you, (b)(5)

(b)(5)

How about:

(b)(5)

Regards,

(b)(6);(b)(7)(C)

Acting Field Office Director
ICE - Enforcement and Removal Operations
El Paso Field Office
(b)(6); (b)(7)(C)      @ice.dhs.gov
cell: 973-332 (b)(6);(b)(7)(C)

**From:** Rusnok, Carl
**Sent:** Friday, December 22, 2017 3:29 PM
**To:** (b)(6);(b)(7)(C)
**Cc:**          (b)(6);(b)(7)(C)
**Subject:** RE: Texas Trib asking for ICE comment - Emilio Gutierrez

Thanks!  So this meeting was mischaracterized to the reporter.  Shocking.

How about if I respond with the following:

> (b)(5)

**Carl Rusnok**
Director of Communications, Central Region (Spokesman)
based in Dallas, TX
U.S. Immigration and Customs Enforcement (ICE) www.ice.gov
(b)(6); (b)(7)(C) @ice.dhs.gov
**214-905-**(b)(6);( **office)**
214-850-(b)(7)(C cell)

---

**From:** (b)(6);(b)(7)(C)
**Sent:** Friday, December 22, 2017 4:18 PM
**To:** (b)(6);(b)(7)(C)
**Cc:**          (b)(6);(b)(7)(C)
**Subject:** RE: Texas Trib asking for ICE comment - Emilio Gutierrez

Carl –

> (b)(5);(b)(6);(b)(7)(C)

Regards,

(b)(6);(b)(7)(C)

Acting Field Office Director
ICE - Enforcement and Removal Operations
El Paso Field Office
(b)(6); (b)(7)(C) @ice.dhs.gov
cell: 973-332-(b)(6);(b)(7)(C)



**From:** Rusnok, Carl
**Sent:** Friday, December 22, 2017 3:09 PM
**To:** (b)(6);(b)(7)(C)
**Cc:**
**Subject:** Texas Trib asking for ICE comment - Emilio Gutierrez

This is from the reporter that you denied access to your meeting today.

Any further comment on this meeting, or this case?

Thanks!

**Carl Rusnok**
Director of Communications, Central Region (Spokesman)
based in Dallas, TX
U.S. Immigration and Customs Enforcement (ICE) www.ice.gov
Carl.Rusnok@ice.dhs.gov
**214-905-**(b)(6); **(office)**
214-850-(b)(7)( (cell)
C)

**From:** Julian Aguilar [mailto:(b)(6);(b) @texastribune.org]
(7)(C)
**Sent:** Friday, December 22, 2017 4:04 PM
**To:** Rusnok, Carl
**Subject:** Req for comment - Emilio Gutierrez

Hi Carl,

Below is an email I sent to Ms. Zamarripa in El Paso. It bounced back with a message to refer any inquiries to you. Thanks in advance.

Hi Leticia.

Hope you're well. Writing to see if the agency has any additional comment on the case involving Emilio Gutierrez and his son, Oscar, who were detained earlier this month after seeking asylum since 2008.

2 questions:

1) Congressman O'Rourke said he's going to write a letter on Gutierrez's behalf and said ICE shouldn't spend about $200 a day locking up 2 people who aren't flight risks.

2) (b)(6); (b)(7)(C) the executive director of the National Press Club, said his meeting today with ICE officials was a bit confrontational and that one agent recommended the press tone down reporting on Emilio.

Would ICE in El Paso care to comment?

Thank you very much.


(b)(6); (b)(7)(C)
Reporter - The Texas Tribune
(M) 214.718 (b)(6);(b)(7)(C)
(O) 512.716.

Twitter: (b)(6);(b)(7)(C)