**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | | |
|---|---|---|---|
| NATIONAL PRESS CLUB JOURNALISM INSTITUTE, *et al.*, | : : : | | |
| Plaintiffs, | : : | Civil Action No.: | 18-2932 (RC) |
| v. | : : | Re Document Nos.: | 52, 53 |
| UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*, | : : : | | |
| Defendants. | : : | | |

**ORDER**

**GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION FOR SUMMARY JUDGMENT; GRANTING IN PART AND DENYING IN PART PLAINTIFFS' CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT**

For the reasons stated in the Court's Memorandum Opinion separately and contemporaneously issued, Defendants' motion for summary judgment (ECF No. 52) is **GRANTED IN PART AND DENIED IN PART** and Plaintiffs' cross-motion for partial summary judgment (ECF No. 53) is **GRANTED IN PART AND DENIED IN PART.** Specifically, Defendants' motion is **GRANTED** to the extent that it is unopposed, **DENIED** regarding ICE's search for documents responsive to Plaintiffs' request for records pertaining to mechanisms used to limit or block phone calls in its El Paso facilities, and **DENIED WITHOUT PREJUDICE** regarding its challenged Exemption 5, 6, and 7(C) withholdings. Plaintiffs' motion is **GRANTED** regarding document 2019-ICLI-00014 4931 and **DENIED WITHOUT PREJUDICE** in all other respects.

It is hereby **ORDERED** that Defendant ICE shall conduct a search reasonably calculated to uncover all relevant documents regarding Plaintiffs' remaining FOIA request.  It is

**FURTHER ORDERED** that Defendant ICE shall either supplement its declarations and *Vaughn* index to justify its Exemption 5, 6, and 7(C) withholdings or release the documents. And it is **FURTHER ORDERED** that the parties shall submit a proposed schedule for further proceedings within two weeks of the issuance of this opinion.

     **SO ORDERED**.

Dated: December 28, 2023                                     RUDOLPH CONTRERAS
                                                                        United States District Judge